776

## GLENSHAW GLASS CO., Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9375.

United States Court of Appeals Third Circuit.

Argued Oct. 10, 1947.

Decided Oct. 21, 1947.

Ben W. Heineman, Chicago, Ill., Swiren, Heineman & Antonow, Chicago, Ill., for appellant.

Harry Baum, Washington, D. C., for respondent.

Before BIGGS, ALBERT LEE STEPHENS and MARIS, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed.

## Stanley GORDON, Appellant, v. Tighe E. WOODS, Housing Expediter, Appellee.

No. 10817.

United States Court of Appeals Sixth Circuit.

June 1, 1949.

Joseph C. Bullock, Cincinnati, Ohio, and James H. Cleveland, Cincinnati, Ohio, for appellant.

Louise McCarthy, Washington, D. C., Stephen W. Young, Cincinnati, Ohio, Paul Marshall, Cleveland, Ohio, Ed Dupree, Hugo V. Prucha, and Francis X. Riley, Washington, D. C., for appellee.

Before SIMONS, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This case was heard on the record, briefs and arguments of counsel, and it appear-ing that the findings of fact by the District Judge are supported by substantial evidence and are not clearly erroneous, and that there was no error in the conclusions of law based thereon; it is ordered that the judgment of the District Court be and is affirmed.

## HARRISON ENGINEERING AND CONSTRUCTION CORPORATION, Appellant, v. The ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, a Corporation.

No. 13919.

United States Court of Appeals Eighth Circuit.

July 25, 1949.

A. E. Bazan and R. C. Southall, Kansas City, Mo., for appellant.

John H. Lathrop, Sam D. Parker, Winston H. Woodson and Henry W. Fox, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 78 F.Supp. 906, dismissed for want of prosecution, on motion of appellee.